File No. 06-13-00022-CR
In Re:   Helen Wooten

Ancillary to
*Tommy Lee Thompson v. The State of Texas*
* * * * *

# Order

* * * * *

Issued on September 11, 2013

Debra K. Autrey, Clerk
Sixth Court of Appeals


by _____
Molly Pate, Deputy



Filed on September 11, 2013

Debra K. Autrey, Clerk
Sixth Court of Appeals


by _____
Molly Pate, Deputy

ORDER

On August 22, 2013, this Court entered an order directing Helen Wooten to file an affidavit explaining her delay in submitting the reporter's record in Cause No. 06-13-00022-CR, *Tommy Lee Thompson v. The State of Texas*. Wooten has now filed her affidavit of explanation. We accept the reasons given in her affidavit, and no contempt order will be issued.

BY THE COURT

Date:     September 12, 2013